1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLENE JO SEELEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 09-cv-1380-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff Darlene Jo Seeley brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. No. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, an Administrative Law Judge (ALJ) will hold a de novo hearing and Plaintiff may raise any issue. The ALJ will: (1) evaluate lay testimony of record; (2) reevaluate all medical source opinions, including those of Gary Gaffield, D.O., and Allan G. Fritz, Ph.D., as appropriate to the period at issue; (3) obtain medical expert testimony; (4) reevaluate Plaintiff's

residual functional capacity; (5) give further consideration to Plaintiff's credibility as warranted by the expanded record and further consideration of the evidence; and (6) complete the sequential evaluation process.  The parties further stipulate that, upon proper presentation, this Court may consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

A proposed order accompanies this Report and Recommendation.

DATED this 16th day of March, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge